PEOPLE V ODELL HUNTER, No. 136546. By order of September 9, 2008, the application for leave to appeal the April 3, 2008, judgment of the Court of Appeals was held in abeyance pending the decision of the United States Supreme Court in *Arizona v Gant* (Docket No. 07-542). On order of the Court, the case having been decided on April 21, 2009, *Arizona v Gant*, 556 US ___; 129 S Ct 1710; 173 L Ed 2d 485 (2009), the application is again considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals and remand this case to that court for reconsideration in light of the decision in *Arizona v Gant*.

We further note that a similar issue is presented in *People v Mungo*, 277 Mich App 577 (2008), which we have peremptorily vacated and remanded to the Court of Appeals for reconsideration in light of *Gant* by order dated June 23, 2009 (Docket No. 136017). We do not retain jurisdiction. Court of Appeals No. 272873.